UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>            Plaintiff,<br><br>      v.<br><br>S. SHERMAN, et al.,<br><br>            Defendants. | Case No. 1:20-cv-01485-SKO (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(Doc. 6) |

On November 5, 2020, Plaintiff filed an application to proceed *in forma pauperis*. (Doc. 6.) However, the the Court already granted Plaintiff's previous application to proceed *in forma pauperis* (Doc. 2) on October 21, 2020. (Doc. 4.) Accordingly, the Court DISREGARDS the November 5, 2020 application as moot.

IT IS SO ORDERED.

Dated:     **November 10, 2020**              /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE

1