UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. SHERMAN, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01485-SKO (PC)<br><br>**ORDER DISREGARDING PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT AS MOOT**<br><br>(Doc. 8) |

　　　　Plaintiff Daronta T. Lewis is a state prison proceeding *pro se* and *in forma pauperis*. Plaintiff's complaint is subject to screening pursuant to 28 U.S.C. § 1915A. The Court has not yet screened the complaint; thus, no defendants have appeared in this action.

　　　　Before the Court is Plaintiff's "motion to [replace] copy of operative complaint." (Doc. 8.) The Court construes the filing as a motion for leave to file an amended complaint. The Clerk's Office, however, has filed Plaintiff's first amended complaint, which he submitted concurrently with his motion.[1] (Doc. 7.) Accordingly, the Court DISREGARDS Plaintiff's motion as moot.

IT IS SO ORDERED.

Dated:　**November 10, 2020**　　　　　　　　/s/ *Sheila K. Oberto*　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Federal Rule of Civil Procedure 15(a)(1), plaintiffs may file an amended complaint once as a matter of right within 21 days of the defendants filing a responsive pleading. *Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). As stated previously, no defendants have appeared in this action.