1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  DARONTA TYRONE LEWIS,              Case No. 1:20-cv-01485-SKO (PC)

12              Plaintiff,             **FINDINGS AND RECOMMENDATIONS
                                       TO DENY PLAINTIFF'S MOTION FOR**
13        v.                           **DEFAULT JUDGMENT**

14  S. SHERMAN, et al.,                (Doc. 13)

15              Defendants.            14-DAY DEADLINE

16                                     Clerk of the Court to Assign a District Judge

17          Before the Court is Plaintiff's motion for default judgment. (Doc. 13.) Plaintiff is

18  appearing *pro se* and *in forma pauperis* and his complaint is subject to screening. The Court has

19  not yet screened the complaint and no defendants have appeared in this action.

20          As explained in the Court's First Informational Order, per 28 U.S.C. § 1915A, the Court is

21  required to screen complaints brought by prisoners seeking relief against a governmental entity or

22  an officer or employee of a governmental entity. (Doc. 3 at 3.) A *pro se* plaintiff may not proceed

23  with such a legal action until the Court screens the plaintiff's complaint and finds that it states a

24  cognizable claim for relief. (*Id.*) Because Plaintiff is a prisoner appearing *pro se* and sues

25  governmental employees, his complaint is subject to screening and he may not proceed in this

26  case until the screening is complete. If the Court finds that the complaint states a cognizable claim

27  for relief, it will direct service on the appropriate defendants at that time. (*See id.*)

28  ///

Based on the foregoing, the Court RECOMMENDS that Plaintiff's motion for default judgment be DENIED as premature. The Court DIRECTS the Clerk of the Court to assign a district judge to this action.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to 28 U.S.C. § 636(b)(l). **Within 14 days** of the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **March 12, 2021**                          /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE