UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA TYRONE LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>S. SHERMAN., et al.,<br><br>Defendants. | No. 1:20-cv-01485-NONE-SKO (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT AS PREMATURE</u><br><br>(Doc. Nos. 13, 17) |

Plaintiff Daronta Tyrone Lewis is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Because plaintiff is a state prisoner and sues governmental officials, his complaint is subject to screening pursuant to 28 U.S.C. § 1915A. The assigned magistrate judge has not yet screened the complaint and no defendants have appeared in this action.

On March 10, 2021, plaintiff filed a motion for default judgment. (Doc. No. 13.) On March 12, 2021, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion be denied as premature. (Doc. No. 17.) The magistrate judge informed plaintiff that he may not proceed with this action until his complaint has been screened. (*Id.* at 1.) The judge provided plaintiff 14 days to file objections to the findings and recommendations. (*Id.* at 2.) Plaintiff has not filed any objections and the time to do so has

1 | passed.
2 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
3 | *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and
4 | recommendations to be supported by the record and proper analysis.
5 | Accordingly,
6 | 1. The findings and recommendations issued on March 12, 2021 (Doc. No. 17) are
7 | adopted in full;
8 | 2. Plaintiff's motion for default judgment (Doc. No. 13) is denied as premature; and,
9 | 3. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **May 8, 2021**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE