| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| DARONTA TYRONE LEWIS, | Case No. 1:20-cv-01485-NONE-SKO (PC) |
| Plaintiff, | |
| v. | **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** |
| S. SHERMAN, et al., | |
| Defendants. | |

Plaintiff Daronta Tyrone Lewis has filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). (Doc. 21.) Under the rule, a "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Once a dismissal under Rule 41(a)(1) is properly filed, no order of the court is necessary to effectuate dismissal; the dismissal is effective automatically. *Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999).

///
///
///
///
///

Because Plaintiff has filed a notice of dismissal, and no opposing party has filed an answer or a motion for summary judgment, this action has terminated. Accordingly, the Court DIRECTS the Clerk of the Court to close this case.

IT IS SO ORDERED.

Dated: **May 18, 2021** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE