UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA TYRONE LEWIS,<br><br>            Plaintiff,<br><br>      v.<br><br>S. SHERMAN, et al.,<br><br>            Defendants. | Case No. 1:20-cv-01485-NONE-SKO (PC)<br><br>**ORDER DENYING MOTION FOR MISCELLANEOUS RELIEF** |

   Plaintiff Daronta Tyrone Lewis is a state prisoner proceeding *pro se* in this closed civil action. On May 17, 2021, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 21.) Accordingly, the Court directed the Clerk of the Court to close this case. (Doc. 22.)

   On June 2, 2021, Plaintiff filed a motion requesting that the Court dismiss this case without prejudice, as requested in his notice of dismissal. (Doc. 23.) However, Rule 41(a)(1) already provides that "unless the notice [of dismissal] . . . states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). Thus, this action was dismissed without prejudice by operation of Rule 41(a)(1) and Plaintiff's notice of voluntary dismissal.

///

///

///

Based on the foregoing, the Court DENIES Plaintiff's motion as unnecessary.

IT IS SO ORDERED.

Dated:  **June 8, 2021**                                          /s/ *Sheila K. Oberto*                    
                                                                        UNITED STATES MAGISTRATE JUDGE