UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA TYRONE LEWIS,<br><br>        Plaintiff,<br><br>    v.<br><br>S. SHERMAN, et al.,<br><br>        Defendants. | Case No. 1:20-cv-01485 JLT SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION TO REOPEN THIS ACTION<br><br>(Doc. 28) |

     Daronta Tyrone Lewis sought to hold defendants liable for violations of his constitutional rights in this closed case, which was initially filed October 19, 2020. (Doc. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     Plaintiff filed a notice of voluntary dismissal on May 17, 2021 (Doc. 21); thus, the Court directed the Clerk of the Court to close the case on May 19, 2021 (Doc. 22). On October 14, 2025, Plaintiff filed a document titled "Motion to Reopen the Case and Provide Plaintiff with Docket Sheet and Courtesy Printout of the Complaint w/exhibits (All)." (Doc. 26.) On October 23, 2025, the assigned magistrate judge issued Findings and Recommendations to deny the motion to reopen. (Doc. 28.) The magistrate judge found Plaintiff was not entitled to relief under Federal Rule of Civil Procedure 60 because the motion was both untimely and without merit. (*Id*.

at 2-7.) Plaintiff filed[1] objections on November 10, 2025. (Doc. 29.)

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and proper analysis. The objections do not materially call into question the magistrate judge's reasoning and conclusions. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued October 23, 2025 (Doc. 28) are **ADOPTED IN FULL**.
2. Plaintiff's motion to reopen this action (Doc. 26) is **DENIED**.
3. This action remains closed.

IT IS SO ORDERED.

Dated:  **November 14, 2025**

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff signed and dated his objections on November 3, 2025 (*see* Doc. 29 at 3); the accompanying proof of service is signed and dated November 2, 2025 (*see id.* at 4).